## THORNE v. HARRIS.

No. 4465.   Opinion Filed March 11, 1913.

(130 Pac. 906.)

**APPEAL AND ERROR**—Time for Taking Proceedings—Dismissal. The judgment sought to be reversed was rendered April 5, 1912. Proceedings in error to review the same were commenced in this court October 21, 1912, and not within six months after the rendition of said judgment, as required by an act approved February 14, 1911 (Laws 1910-11, c. 18). On motion, the cause is dismissed.

(Syllabus by the Court.)

*Error from District Court, Caddo County;*
*Frank M. Bailey, Judge.*

Action between R. A. Thorne, administrator, and Alice Harris. From the judgment, the administrator brings error. Dismissed.

*Bristow & McFadyen,* for plaintiff in error.

*C. H. Carswell,* for defendant in error.

PER CURIAM. For the reason that this suit was brought in the lower court February 21, 1912, and the judgment sought to be here reviewed was rendered and entered April 5, 1912, and proceedings in error were not commenced in this court until October 21, 1912, and not within six months after the rendition of said judgment, as required by an act approved February 14, 1911 (Laws 1910-11, c. 18), which went into effect June 10, 1911, the motion to dismiss this cause is sustained. *Holcombe v. Lawyers' Co-Op. Pub. Co., ante,* and cases cited; *Grant v. Creed et al., ante,* 128 Pac. 511, and cases cited. It is so ordered.